1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        EASTERN DISTRICT OF CALIFORNIA
10
11                ----oo0oo----
12
13  CHARLES SCHWAB & CO., INC., a
    corporation,
14                                          NO. CIV. S- 06-2905 FCD/GGH
         Plaintiff,
15
      v.                                    ORDER
16
    JERRI CURRY, JANICE M. HAMMOND,
17  WANDA JOYCE TAKARA BOB
    DURRIE, JEANNE WAGAMAN, TRACY
18  NELSON, SARAH NELSON, DANIEL
    CAMACHO, CHAD CAMACHO, OPHIR-
19  BEAR MOUNTAIN LODGE #33,
    WHEATON COLLEGE,
20       Defendants.
                                   /
21
         It appearing to the undersigned, the judge to whom this case is presently assigned for all
22
    purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the
23
    disqualification of the undersigned;
24
         IT IS HEREBY ORDERED that:
25
         1.   The undersigned recuses himself as the judge to whom this case is assigned;
26
         2.   All currently scheduled dates in the above-captioned action are **VACATED**; and
27
         3.   The Clerk shall issue a new scheduling order for the newly assigned judge.
28

IT IS SO ORDERED.

DATED: March 16, 2007

                /s/ Frank C. Damrell Jr.
                FRANK C. DAMRELL, Jr.
                UNITED STATES DISTRICT COURT

This case is reassigned to United States District Judge Garland E. Burrell, Jr..

IT IS SO ORDERED.

DATED:   March 16, 2007

                /s/ David F. Levi
                DAVID F. LEVI
                CHIEF JUDGE
                UNITED STATES DISTRICT COURT