Barbara E. Scramstad, California Bar No. 160036
Maureen M. Bryan, California Bar No. 185093
Amy G. Miller, California Bar No. 215539
SCRAMSTAD & BRYAN, P.C.
2860 Howe Road, Suite 101
Martinez, CA 94553
Telephone: (925) 228-2008
Facsimile: (925) 228-2166

Attorneys for Defendant and Counterclaimant
Jerri Curry

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCHWAB & CO., INC., a corporation, | Case No.  CIV S-06-02905 FCD GGH |
| Plaintiff, | **STIPULATION AND ORDER GRANTING JERRI CURRY AUTHORITY TO ACT AS SIGNATOR FOR THE LIMITED PURPOSE OF FILING DECEDENT'S FINAL INCOME TAX RETURNS AND RELATED EXPENSES FROM FUNDS HELD IN COURT REGISTRY** |
| vs. | |
| JERRI CURRY, JANICE M. HAMMOND, WANDA JOYCE TAKARA, BOB DURRIE, JEANNE WAGAMAN, TRACY NELSON, SARAH NELSON, DANIEL CAMACHO, CHAD CAMACHO, OPHIR-BEAR MOUNTAIN LODGE #33, and DOES 1-10. | Date of Hearing: February 11, 2008<br>Time:            9:00 a.m.<br>Courtroom:       10<br>Judge:           Hon. Garland E. Burrell Jr. |
| Defendants. / | |
| JERRI CURRY, | |
| Counterclaimant, | |
| vs. | |
| CHARLES SCHWAB & CO., INC., a corporation, | |
| Counterdefendant. / | |

STIPULATION AND ORDER GRANTING JERRI CURRY AUTHORITY TO ACT AS SIGNATOR
FOR LIMITED PURPOSE OF FILING DECEDENT'S TAX RETURNS
Case No.   CIV S-06-02905 FCD GGH                                                                    1

Subject to the approval of this Court, the parties hereby stipulate to the following:

1. Jerri Curry shall be granted authority to act as signator for the limited purpose of filing the final federal and state income tax returns of Virginia C. Durrie, deceased.

2. The parties recognize that the granting of such authority is necessary for the preservation of the estate as there is no pending probate action regarding Decedent's estate and thus no person has been appointed personal representative of the estate. Further, there are currently conflicting claims over the disposition of the estate assets, and such claims are the subject of this action before the Court. As there is no person clearly designated with the authority to act on behalf of Decedent's estate the parties thus agree to authorize Jerri Curry to act for this limited purpose as set forth herein.

3. The parties further stipulate that the Estate of Virginia C. Currie shall be liable for all such taxes, penalties, interest or other obligations arising from the filing or audit of the final state and federal income tax returns of Virginia C. Currie, and Jerri Curry shall be relieved of all personal liability for any such taxes, penalties, interest or other obligations.

4. The Clerk of the Court should withdraw from the Court's registry (Durrie's Account funds) the following amounts :

| Amount | Payee | Purpose |
| --- | --- | --- |
| $4,689.00 | Internal Revenue Service | Decedent's 2006 federal income tax return |
| $1,172.25 | Internal Revenue Service | 2006 estimated penalties and interest for late filing tax returns. |
| $1,790.00 | Franchise Tax Board | Decedent's 2006 state income tax return |
| $ 446.50 | Franchise Tax Board | 2006 estimated penalties and interest for late filing tax returns. |
| $ 301.00 | H & R Block | Preparation fee for Decedent's 2006 federal and state income tax returns. |

5. The amounts set forth in paragraph 4, above, are predicated upon the Internal Revenue Service and the Franchise Tax Board receiving the checks no later than February 22, 2008.

6. Jerri Curry is hereby directed to provide the Decedent's final income tax returns and

preparation fee statement, in their respective addressed and stamped envelopes, to the Clerk of the Court. The Clerk of the Court shall than place the checks, payable as stated above in paragraph 4, into their respective envelopes and mail them.

**IT IS SO STIPULATED:**

DATED:_____

_____
Maureen M. Bryan, Attorney for Jerri Curry

DATED:_____

_____
Geoffrey O. Evers, Attorney for Ophir-Bear Mountain Lodge #33

DATED:_____

_____
Deborah Durr Ferras, Attorney for Wanda Joyce Takara

DATED:_____

_____
Rodney A. Mariani, attorney for Janice Hammond

DATED:_____

_____
Jeffrey Nelson, attorney-in-fact for Jeanne Wagaman

**APPROVED AND SO ORDERED:**

Dated: February 8, 2008

_____
Hon. Garland E. Burrell, Jr.
United States District Judge

STIPULATION AND ORDER GRANTING JERRI CURRY AUTHORITY TO ACT AS SIGNATOR FOR LIMITED PURPOSE OF FILING DECEDENT'S TAX RETURNS
Case No.   CIV S-06-02905 FCD GGH                                                                          3