IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES SCHWAB & CO., INC., a corporation, | ) ) ) | 2:06-cv-2905-GEB-GGH |
| v. | ) ) ) | ORDER |
| JEANNE WAGAMAN; TRACY NELSON; SARAH NELSON WACKER; SCOTT NELSON; DANIEL CAMACHO; CHAD CAMACHO; OPHIR-BEAR MOUNTAIN LODGE # 33; JANICE M. HAMMOND; WANDA JOYCE TAKARA; and JERRI CURRY, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CLAIMS. | ) ) | |

On February 8, 2008, a stipulation and order ("stipulation and order") granting Jerry Curry authority to act as signator for the limited purpose of filing Virginia C. Durrie's final income tax returns and related expenses from funds held in the Court's registry was filed. Because the amounts to be withdrawn are predicated on the Internal Revenue Service and the Franchise Tax Board receiving the checks no later than February 22, 2008, Jerri Curry shall provide the Decedent's final income tax returns and preparation fee statement, in their respective addressed and stamped envelopes, and a copy of the

1

1  stipulation and order with the Judge's signature to the Clerk of the
2  Court by February 14, 2008.  The Clerk of the Court shall then place
3  the checks, payable as stated in the stipulation and order, into their
4  respective envelopes and mail them by February 19, 2008.

        IT IS SO ORDERED.

Dated:   February 8, 2008

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge