IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES SCHWAB & CO., INC., a corporation, | ) ) ) | 2:06-cv-2905-GEB-GGH |
| v. | ) ) | ORDER |
| JEANNE WAGAMAN; TRACY NELSON; SARAH NELSON; SCOTT NELSON; DANIEL CAMACHO; CHAD CAMACHO; OPHIR-BEAR MOUNTAIN LODGE # 33; JANICE M. HAMMOND; WANDA JOYCE TAKARA; and JERRI CURRY, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CLAIMS. | ) ) | |

The petition filed on May 14, 2008, has brought to the undersigned Judge's attention that Defendant Chad Camacho is a minor in need of appointment of a guardian ad litem. The petition proposes that Kathleen Springer and David Camacho be appointed as co-guardian

1

1 | ad litem, but it is unclear why two guardians ad litem are required as
2 | opposed to one.  Therefore, the first proposed, **Kathleen Springer, is**
3 | **appointed to act as guardian ad litem of Chad Camacho in all matters**
4 | **related to the above-captioned action.**
5 |       IT IS SO ORDERED.
6 | Dated:  May 29, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2