IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES SCHWAB & CO., INC., a corporation,<br><br>        v.<br><br>JEANNE WAGAMAN; TRACY NELSON; SARAH NELSON; SCOTT NELSON; DANIEL CAMACHO; CHAD CAMACHO; OPHIR-BEAR MOUNTAIN LODGE # 33; JANICE M. HAMMOND; WANDA JOYCE TAKARA; and JERRI CURRY,<br><br>        Defendants.<br><br>AND RELATED CLAIMS. | 2:06-cv-2905-GEB-GGH<br><br>ORDER |

        On June 19, 2008, Defendants filed a Stipulation in which an order is sought that would distribute all of the interplead assets currently held by the Court. However, clarification of portions of the Stipulation is required for assurance of the scope of Defendants' agreement, and for understanding whether minor Chad Camacho's portion of the settlement comports with Local Rule 17-202.

    The following clarification is required:

    1. Is the remaining 3% share of the assets to be applied to pay Jerri Curry for expenses on behalf of the Virginia Durrie Estate under paragraph 15 of the Stipulation in excess of the payment Jerri Curry receives under paragraph 4 of the Stipulation?

2. What is the latest date on which Jerri Curry is required to submit an itemized declaration for a paragraph 15 disbursement after which any balance remaining, including accrued interest (minus court fees) "will be divided among the defendants in the . . . agreed upon percentages" stated in the Stipulation? (Stipulation ¶ 15.)

3. If a Jerri Curry disbursement request under paragraph 15 exceeds the 3% disbursement amount allocated in Paragraph 15, is the disbursement to be made from the interest accrued on the account (minus the court's fees), or is the request for that disbursement simply denied?

4. Does the Court dismiss this case without prejudice under paragraph 15, after a certain deadline without any further input from a party?

5. What information justifies a finding that minor Chad Camacho's settlement amount is fair (a finding to be made under Local Rule 17-202), and what information explains how minor Chad Camacho's settlement money will be disbursed to him in a manner that ensures he could access the funds after he is 18 years old?

RESPONSES TO THE ABOVE CLARIFICATION INQUIRES SHALL BE FILED ON OR BEFORE JULY 18, 2008.

IT IS SO ORDERED.

Dated: June 26, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge