UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES SCHWAB & CO., INC., a corporation, | ) ) ) | 2:06-cv-2905-GEB-GGH |
| v. | ) ) | ORDER |
| JEANNE WAGAMAN; TRACY NELSON; SARAH NELSON; SCOTT NELSON; DANIEL CAMACHO; CHAD CAMACHO; OPHIR-BEAR MOUNTAIN LODGE # 33; JANICE M. HAMMOND; WANDA JOYCE TAKARA; and JERRI CURRY, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| AND RELATED CLAIMS. | ) ) | |

On June 19, 2008, Defendants filed a "Stipulation in Interpleader for Distribution of Assets Held by the Court." Because of that filing, the Final Pretrial Conference scheduled for July 7, 2008, is rescheduled to commence at 1:30 p.m. on August 11, 2008. A Joint Pretrial Statement shall be filed seven (7) days before the

///

///

1  Final Pretrial Conference.
2          IT IS SO ORDERED.
3  Dated:  June 26, 2008
4
5                               _____
                                GARLAND E. BURRELL, JR.
6                               United States District Judge