UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES SCHWAB & CO. INC.,           )
                                      )     2:06-cv-02905-GEB-GGH
                Plaintiff,            )
                                      )
        v.                            )     ORDER
                                      )
KATHLEEN SPRINGER, guardian ad        )
litem for CHAD CAMACHO, a minor;      )
et al,                                )
                                      )
                Defendants.           )
_____ )

            On December 15, 2008, the undersigned judge received the

attached letter from the Guardian ad Litem for Chad Camacho.  The

Guardian ad Litem explains that the financial officer for the bank

in which she tried to deposit a $1,615.90 interest check on behalf

of minor Chad Camacho would not accept the check; and indicates

that either the payees on the check would have to be changed before

the check would be accepted for deposit or that a new order would

have to be issued directing "where [the check] should be

deposited."  The Guardian ad Litem states the minor prefers that a

replacement check issue which could be placed into a joint savings

account opened by the minor and the Guardian ad Litem, and that

authorization be given for the deposited funds to be used for the
benefit of the minor (under the supervision of the Guardian ad
Litem) for expenditures such as a laptop computer with accessories
and other educational purposes.  The Guardian ad Litem has also
agreed to send receipts to the Court concerning expenditures from
the account.  The request for issuance of a replacement check is
granted; however, no receipts for the above referenced interest
money should be sent to the Court.

Therefore, the Clerk of Court shall reissue the check in
the amount of $1,615.90 to the following payees:

Kathleen Springer and Chad Camacho

IT IS SO ORDERED.

Dated:  December 16, 2008

GARLAND E. BURRELL, JR.
United States District Judge